# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1406

TAKEDA PHARMACEUTICAL COMPANY LIMITED,
TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,
TAKEDA PHARMACEUTICALS, LLC,
TAKEDA PHARMACEUTICALS AMERICA, INC.,
and ETHYPHARM, S.A.,

                                                            Plaintiffs-Appellees,

v.

ZYDUS PHARMACEUTICALS USA, INC. and
CADILA HEALTHCARE LIMITED,

                                                            Defendants-Appellants.

Appeal from the United States District Court for the District of New Jersey in case no. 10-CV-1723, Judge Joel A. Pisano.

Authorized Abbreviated Caption[2]

TAKEDA PHARMACEUTICAL CO. V ZYDUS PHARMACEUTICALS USA, 2013-1406

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.